

**NUMBER 13-17-00638-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**JO LEIGH ARES,**                                                                                      **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                                  **Appellee.**

---

**On appeal from the 404th District Court
of Cameron County, Texas.**

---

# ORDER

**Before Justices Rodriguez, Benavides, and Longoria
Order Per Curiam**

Appellant, Jo Leigh Ares has filed a motion for stay of proceedings in the above cause. On October 20, 2017, the trial court denied appellant's Second and Third Supplemental Motions to Quash and Dismiss Indictment Pursuant to the Texas Code Construction Act, Doctrine of *In Pari Materia*, as a Matter of Due Course of Law and Due Process of Law Violations of the United States and Texas Constitutions, and Requests

for Writ of Habeas Corpus Relief. Appellant has filed a notice of appeal and has requested a stay in the trial court's proceedings pending disposition of its appeal. The Court, having examined and fully considered the motion for stay of proceedings, is of the opinion that said motion should be granted. The motion for stay is hereby GRANTED, and the trial court's proceedings are hereby ordered STAYED pending disposition of appellant's appeal.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
15th day of November, 2017.

2